

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DEBORAH A. SCROGGINS,

    Plaintiff,

v.                               Civil Action No. 3:07cv486

TRANS UNION, LLC,

    Defendant.

### ORDER

Having reviewed the Plaintiff's Motion To Consolidate (Docket No. 5) and the time for response thereto having passed without any response having been filed, and it appearing in the interest of justice and judicial economy so to do, it is hereby ORDERED that the Plaintiff's Motion To Consolidate (Docket No. 5) is granted and that the action shall be consolidated with <u>Deborah A. Scroggins v. Experian Information Solutions, Inc.</u>, Civil Action No. 3:07cv552, for all purposes. It is further ORDERED that all future pleadings shall be filed bearing the caption of <u>Deborah A. Scroggins v. Trans Union, LLC, et al.</u>, Civil Action No. 3:07cv486.

Counsel for the parties are hereby advised that it is good practice to file responses to motions rather than letting them go unanswered.

It is so ORDERED.

                                          /s/
                                  Robert E. Payne
                                Senior United States District Judge

Richmond, Virginia
Date: October 4, 2007