

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DEBORAH A. SCROGGINS,

    Plaintiff,

v.                                       Civil Action No. 3:07cv486

TRANS UNION, LLC,

    Defendant.

### ORDER

Having reviewed the file and ascertaining that the plaintiff filed a Motion And Memorandum To Overrule Objections And To Compel Discovery Responses From Defendant Experian Information Solutions, Inc. (Docket No. 19) on December 5, 2007 and a Notice Of Withdrawal of Plaintiff's Motion To Compel (Docket No. 20), it is hereby ORDERED that the motion to overrule objections and motion to Compel Discovery Responses From Defendant Experian Information Solutions, Inc. are denied as moot.

It is so ORDERED.

                                                   /s/
                                       Robert E. Payne
                                       Senior United States District Judge

Richmond, Virginia
Date: January 3, 2008