

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| DEBORAH A. SCROGGINS, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:07-cv-00486-REP |
| ) | |
| v. ) | |
| ) | |
| TRANS UNION, LLC, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

## AGREED ORDER

CAME NOW Plaintiff Deborah A. Scroggins and Defendant Experian Information Solutions, Inc., by counsel, upon Experian's Motion to Deny Motion as Moot.

UPON CONSIDERATION WHEREOF, for good cause shown and by agreement of counsel for Plaintiff and Experian, it is hereby,

ORDERED, ADJUDGED and DECREED that the parties have resolved the issues relating to the Motion to Enforce Protective Order filed by Experian on January 29, 2008, and that the motion and all related filings are denied as moot.

The Clerk is directed to send a copy of this Order to counsel of record.

ENTERED this 21st day of March, 2008.

                                                  /s/ *REP*
                                          The Honorable Robert E. Payne
                                          United States District Court Judge

I ASK FOR THIS:

*/s/ David N. Anthony*

David N. Anthony
Virginia State Bar No. 31696
Attorney for Experian Information Solutions, Inc.
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-5410
Facsimile: (804) 698-5118
E-mail: david.anthony@troutmansanders.com


SEEN AND AGREED:

*/s/ Matthew J. Erausquin*

Matthew J. Erausquin
Virginia State Bar No. 65434
Attorney for Deborah A. Scroggins
CONSUMER LITIGATION ASSOCIATES, P.C.
3615-H Chain Bridge Road
Fairfax, VA 22030
Telephone: (703) 273-7770
Facsimile: (888) 892-3512
E-mail: matt@clalegal.com